UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION, DAYTON

CHAD S. WILT, on behalf of themselves and all others similarly situated,

    *Plaintiffs*,

v.

SYNGENTA AG, SYNGENTA CROP PROTECTION AG, SYNGENTA CORPORATION, SYNGENTA CROP PROTECTION, LLC, and SYNGENTA SEEDS, INC.,

    *Defendants*.

No. 3:15-cv-00451

## ORDER

Upon considering Defendants' Motion To Stay Pending Transfer By Judicial Panel On Multidistrict Litigation, and any responses thereto, it is ORDERED that the Motion is GRANTED. All proceedings in this case, including consideration of any motion to remand, are STAYED until thirty days after the Judicial Panel on Multidistrict Litigation determines whether to transfer this action to an MDL proceeding and completes any transfer of the action pursuant to 28 U.S.C. § 1407. *See In re Syngenta MIR162 Corn Litig.*, MDL No. 2591.

So ordered this 22 day of December, 2015.